BENJAMIN B. WAGNER
United States Attorney
KYLE F. REARDON
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) ) | |
| Plaintiff, ) ) | D.C. NO. 2-11-CR-0129 KJM |
| v. ) ) | APPLICATION AND ORDER FOR UNSEALING INDICTMENT |
| KENNETH WARNER KILBURN, ) ) | |
| Defendant. ) ) | |

On March 17, 2011, the indictment was filed in the above-referenced case.  Since the defendant has now been arrested, it is no longer necessary for the indictment to be sealed.  The government respectfully requests that the indictment be unsealed.

DATED: March 21, 2011           BENJAMIN B. WAGNER
                                United States Attorney

                                By:/s/ Kyle F. Reardon
                                   KYLE F. REARDON
                                   Assistant U.S. Attorney

                                ORDER
SO ORDERED:
                                 /s/ Gregory G. Hollows
DATED: March 21, 2011           _____
                                HON. GREGORY G. HOLLOWS
                                U.S. Magistrate Judge

1