FILED
March 21, 2011
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, )
)   Case No. 2:11CR00129-KJM-1
      Plaintiff, )
v. )   ORDER FOR RELEASE OF
)   PERSON IN CUSTODY
KENNETH WARNER KILBURN, )
)
      Defendant. )

TO:    UNITED STATES MARSHAL:

This is to authorize and direct you to release  KENNETH WARNER KILBURN , Case No. 2:11CR00129-KJM-1 , Charge  18USC § 2252(a)(2) & 18USC § 2253 , from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    __    Release on Personal Recognizance

    __    Bail Posted in the Sum of $_____

            __    Unsecured Appearance Bond

            __    Appearance Bond with 10% Deposit

            __    Appearance Bond with Surety

            __    Corporate Surety Bail Bond

    ✔    (Other)    Pretrial conditions as stated on the record.

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at  Sacramento, CA  on  March 21, 2011  at  2:00 pm  .

                              By   /s/ Gregory G. Hollows
                                    Gregory G. Hollows
                                    United States Magistrate Judge

Copy 5 - Court