Charles A. Pacheco, SB #129630
**PACHECO & SOMERA**
A Professional Law Firm
8031 Freeport Boulevard
Sacramento, California  95832

(916) 665-5103
(916) 665-5107 (fax)

Attorney for Defendant KILBURN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.  2:11-CR-0129 KJM |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE** |
| KENNETH WARNER KILBURN, | |
| Defendant. | |

      The parties request that the status conference currently set for Thursday, April 21, 2011, at 10:00 a.m., be continued to Thursday, May 5, 2011, at 10:00 a.m., and stipulate that the time beginning April 21, 2011, and extending through May 5, 2011, should be excluded from the calculation of time under the Speedy Trial Act.  18 U.S.C. Section 3161.

      Additional time is needed for defense counsel to review the discovery in this case, including the seized computer evidence.  In addition, the parties are engaged in plea negotiations that will be impacted by the results of defense counsel's examination of the evidence in this case.

      Accordingly, the parties believe that the continuance should be excluded from the calculation of time under the Speedy Trial Act.  The additional time is necessary to ensure effective preparation, taking into account the exercise of due diligence.  18 U.S.C. Section

3161(h)(7)(B)(iv); Local Code T4.  The interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.  18 U.S.C. Section 3161(h)(7)(A).

Respectfully submitted,

DATED: April 19, 2011				PACHECO & SOMERA


					By:	/s/ Charles A. Pacheco_____
						CHARLES A. PACHECO
						Attorney for Defendant


DATED: April 19, 2011				BENJAMIN B. WAGNER
						United States Attorney


					By:	/s/ Kyle Reardon_____
						KYLE REARDON
						Assistant United States Attorney

## ORDER

The status conference in case number 2:11-cr-00129-KJM, currently set for Thursday, April 21, 2011, at 10:00 a.m., is vacated and reset for Thursday, May 5, 2011, at 10:00 a.m., and the time beginning April 21, 2011, and extending through May 5, 2011, is excluded from the calculation of time under the Speedy Trial Act in accordance with 18 U.S.C. Section 3161 and Local Code T4.

IT IS SO ORDERED.

DATED:  April 20, 2011.

_____
UNITED STATES DISTRICT JUDGE