

FILED

MAY 1 9 2011

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

1  Charles A. Pacheco, SB #129630
   **PACHECO & SOMERA**
2  A Professional Law Firm
   8031 Freeport Boulevard
3  Sacramento, California  95832

4  (916) 665-5103
   (916) 665-5107 (fax)
5

6  Attorney for Defendant KILBURN

7

8                 IN THE UNITED STATES DISTRICT COURT

9                FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,          )  CASE NO. 2:11-CR-0129 KJM
                                      )
12          Plaintiff,                )
                                      )
13     vs.                            )  STIPULATION AND [PROPOSED] ORDER )
                                      )  ORDER TO ALLOW TEMPORARY
14 KENNETH WARNER KILBURN,            )  WAIVER OF CONDITION OF RELEASE
                                      )  NOS. 12 AND 13
15          Defendant.                )
                                      )
16                                    )
                                      )
17

18     WHEREAS, defendant herein, KENNETH KILBURN, was ordered released from

19 custody with certain Conditions of Release;

20     WHEREAS, Condition of Release no. 12 states that defendant "shall not loiter or be

21 found within 100 feet of any school yard, park, playground, arcade or other place primarily used

22 by children under the age of 18;"

23     WHEREAS, Condition of Release no. 13 states the defendant "shall not associate or

24 have verbal, written, telephone or electronic communication with any person who is under the

25 age of 18, under any circumstances;"

26     WHEREAS, defendant KILBURN's son, GREGGORY KILBURN, is graduating from

27 Franklinl High School and the graduation ceremony is to take place on Saturday, May 21, 2011,

28 at 3 p.m., at the Stockton Arena located in Stockton, California;

Stipulation and [Proposed] Order to Allow Temporary Waiver of Condition of Release Nos. 12 and 13

ACCORDINGLY, THE PARTIES HERETO STIPULATE that condition nos. 12 and 13 as hereinabove set forth be temporarily waived to allow defendant KILBURN to attend the graduation ceremony and depart the premises immediately upon the conclusion of the proceeding.

Respectfully submitted,

DATED: May 18, 2011  PACHECO & SOMERA

By: /s/ Charles A. Pacheco
CHARLES A. PACHECO
Attorney for Defendant

DATED: May 18, 2011  BENJAMIN B. WAGNER
United States Attorney

By: /s/ Kyle Reardon
KYLE REARDON
Assistant United States Attorney

DATED: May 18, 2011  PRETRIAL SERVICES
United States Court, Eastern District

By: /s/ Daryl Walker
DARYL WALKER
Probation Officer

## ORDER

Condition nos. 12 and 13 as hereinabove set forth be temporarily waived to allow defendant KILBURN to attend the graduation ceremony as set forth hereinabove and depart the premises immediately upon the conclusion of the proceeding.

IT IS SO ORDERED.

DATE: 5/19/11

/s/ Dale A. Drozd
DALE A. DROZD
United States Magistrate Judge

Stipulation and [Proposed] Order to Allow Temporary Waiver of Condition of Release Nos. 12 and 13