BENJAMIN B. WAGNER
United States Attorney
KYLE REARDON
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) 2:11-CR-0129 KJM |
| | ) |
| Plaintiff, | ) STIPULATION AND ORDER |
| | ) CONTINUING STATUS CONFERENCE |
| v. | ) |
| | ) Time: 10:00 am |
| KENNETH WARNER KILBURN, | ) Date: May 26, 2011 |
| | ) Court: Hon. Kimberly J. Mueller |
| Defendant. | ) |

The parties request that the status conference currently set to start on Thursday, May 26, 2011, at 10:00 a.m., be continued to Thursday, June 9, 2011, at 10:00 a.m., and stipulate that the time beginning May 26, 2011, and extending through June 9, 2011, should be excluded from the calculation of time under the Speedy Trial Act.  18 U.S.C. § 3161.

The United States has presented an offer to plead to the defendant.  An issue has arisen with regards to a specific offense characteristic in that offer.  Additional time is needed by the parties to review the images at issue in this case in order to determine the applicability of the specific offense

1

1 characteristic at issue.

2      Accordingly, the parties believe that the continuance should
3 be excluded from the calculation of time under the Speedy Trial
4 Act.  The additional time is necessary to ensure effective
5 preparation, taking into account the exercise of due diligence.
6 18 U.S.C. § 3161(h)(7)(B)(iv); Local Code T4.  The interests of
7 justice served by granting this continuance outweigh the best
8 interests of the public and the defendant in a speedy trial.  18
9 U.S.C. § 3161(h)(7)(A).

                                    Respectfully Submitted,

                                    BENJAMIN B. WAGNER
                                    United States Attorney

DATED: May 25, 2011           By:   _/s/ Kyle Reardon_____
                                    KYLE REARDON
                                    Assistant U.S. Attorney


DATED: May 25, 2011           By:   _/s/ Kyle Reardon_ for____
                                    CHARLES PACHECO
                                    Attorney for the Defendant

**<u>ORDER</u>**

The status conference in case number 2:11-CR-0129 KJM, currently set for Thursday, May 26, 2011, at 10:00 a.m., is continued to Thursday, June 9, 2011, at 10:00 a.m., and the time beginning May 26, 2011, and extending through June 9, 2011, is excluded from the calculation of time under the Speedy Trial Act in accordance with 18 U.S.C. § 3161 and Local Code T4.

IT IS SO ORDERED.

DATED: May 25, 2011.

_____
UNITED STATES DISTRICT JUDGE