BENJAMIN B. WAGNER
United States Attorney
KYLE REARDON
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone:  (916) 554-2700

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:11-CR-00129-KJM |
| | ) | |
| Plaintiff, | ) | PRELIMINARY ORDER OF |
| | ) | FORFEITURE |
| v. | ) | |
| | ) | |
| KENNETH WARNER KILBURN, | ) | |
| | ) | |
| Defendant. | ) | |
| ———————————————— | ) | |

Based upon the plea agreement entered into between plaintiff United States of America and defendant Kenneth Warner Kilburn, it is hereby ORDERED, ADJUDGED AND DECREED as follows:

1.  Pursuant to 18 U.S.C. § 2253, defendant Kenneth Warner Kilburn's interest in the following property shall be condemned and forfeited to the United States of America, to be disposed of according to law:

       a.  one HP Touchsmart 300 desktop computer, serial number 3CR9430C15;

       b.  one HP Pavilion A1020N laptop computer, serial number CNH51108XT; and

       c.  one 640 GB Western Digital hard drive, serial number WCASY7255125.

1    2.   The above-listed property was used or intended to be

2  used to commit or to promote the commission of a violation of 18

3  U.S.C. § 2252(a)(2).

4    3.   Pursuant to Rule 32.2(b), the Attorney General (or a

5  designee) shall be authorized to seize the above-listed property.

6  The aforementioned property shall be seized and held by the U.S.

7  Marshals Service, in its secure custody and control.

8    4.   a.   Pursuant to 18 U.S.C. § 2253(b), incorporating 21

9  U.S.C. § 853(n), and Local Rule 171, the United States shall

10  publish notice of the order of forfeiture.  Notice of this Order

11  and notice of the Attorney General's (or a designee's) intent to

12  dispose of the property in such manner as the Attorney General

13  may direct shall be posted for at least 30 consecutive days on

14  the official internet government forfeiture site

15  www.forfeiture.gov.  The United States may also, to the extent

16  practicable, provide direct written notice to any person known to

17  have alleged an interest in the property that is the subject of

18  the order of forfeiture as a substitute for published notice as

19  to those persons so notified.

20    b.   This notice shall state that any person, other than

21  the defendant, asserting a legal interest in the above-listed

22  property, must file a petition with the Court within sixty (60)

23  days from the first day of publication of the Notice of

24  Forfeiture posted on the official government forfeiture site, or

25  within thirty (30) days from receipt of direct written notice,

26  whichever is earlier.

27    5.   If a petition is timely filed, upon adjudication of all

28  third-party interests, if any, this Court will enter a Final

Order of Forfeiture pursuant to 18 U.S.C. § 2253, in which all
interests will be addressed.

SO ORDERED this 29th day of June, 2011.

_____
UNITED STATES DISTRICT JUDGE

Preliminary Order of Forfeiture